IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY SPOTTS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOANNE BARNHART | : | |
| Commissioner of | : | |
| Social Security Administration | : | NO. 2:06-cv-3100-LDD |

# **O R D E R**

AND NOW, this 15th day of February, 2007, upon consideration of plaintiff's Brief and Statement of Issues in Support of Request for Review, defendant's Response to Request for Review of Plaintff, and Plaintiff's Sur Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff'S Request for Review is DENIED;

3. Defendant's Motion for Summary Judgment is GRANTED;

4. JUDGMENT IS ENTERED in favor of defendant and against plaintiff.

BY THE COURT:

/S/LEGROME D. DAVIS

LEGROME D. DAVIS,                    J.